An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NICK SPAGNOLO,
Petitioner,
vs.
STEVEN GRIERSON, CLERK OF
COURT DISTRICT COURT, LAS
VEGAS, NEVADA,
Respondent.

No. 66301

**FILED**

OCT 1 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is a proper person petition for a writ of mandamus seeking to compel respondent to complete certain acts that petitioner contends are required by law.

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station, or to control an arbitrary or capricious exercise of discretion. *See* NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Generally, a writ of mandamus is only available when a petitioner has no speedy and adequate remedy at law. NRS 34.170. Mandamus is an extraordinary remedy, and whether a petition for extraordinary relief will be considered is solely within our discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). It is petitioner's burden to demonstrate that our extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Having considered petitioner's arguments and the documents before this court, we conclude that our intervention by extraordinary writ

SUPREME COURT
OF
NEVADA

(O) 1947A

14-34165

relief is not warranted.  *See* NRAP 21(b)(1); *Pan*, 120 Nev. at 228, 88 P.3d at 844; *Smith*, 107 Nev. at 677, 818 P.2d at 851.  Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Nick Spagnolo
       Attorney General/Carson City
       Eighth District Court Clerk

_____

[1]The clerk of this court shall file the certificate of service that petitioner submitted to this court on September 2, 2014.